AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MICHAEL MORLEY and MICHELLE MORLEY, individually and as parents, natural guardians & next friends of M.M., a minor; & M.M., a minor, by and through his parents, natural uardians & next friends, MICHAEL MORLEY and MICHELLE

*Plaintiff(s)*

v.

HARBOUR WALK HOMEOWNERS' ASSOCIATION, INC., CHARLES "CHUCK" D. PAGLICCO, JOHN DA PUZZO, and SUSAN AGRUSO,

*Defendant(s)*

Civil Action No. 8:19-cv-02585

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HARBOUR WALK HOMEOWNERS' ASSOCIATION, INC.
c/o (Its REGISTERED AGENT:)
ARGUS PROPERTY MANAGEMENT
2477 STICKNEY POINT RD, SUITE 118A
SARASOTA, FL 34231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARCY I. LAHART, P.A.
207 SE Tuscawilla Road
Micanopy, FL 32667
Telephone: (352) 224-5699
Facsimile:  (888) 400-1464
marcy@floridaanimallawyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct 22, 2019

*Signature of Clerk or Deputy Clerk*
WhitneyDuppins

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MICHAEL MORLEY and MICHELLE MORLEY, individually and as parents, natural guardians & next friends of M.M., a minor; & M.M., a minor, by and through his parents, natural guardians & next friends, MICHAEL MORLEY & MICHELLE MORLEY<br><br>*Plaintiff(s)*<br>v.<br>HARBOUR WALK HOMEOWNERS' ASSOCIATION, INC., CHARLES "CHUCK" D. PAGLICCO, JOHN DA PUZZO, and SUSAN AGRUSO,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:19-cv-02585<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    CHARLES "CHUCK" D. PAGLICCO
    559 Fore Drive
    Bradenton, Manatee County, Florida 34208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    MARCY I. LAHART, P.A.
    207 SE Tuscawilla Road
    Micanopy, FL 32667
    Telephone: (352) 224-5699
    Facsimile: (888) 400-1464
    marcy@floridaanimallawyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct 22, 2019

*Whitney Duppins*
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MICHAEL MORLEY and MICHELLE MORLEY, individually and as parents, natural guardians & next friends of M.M., a minor; & M.M., a minor, by and through his parents, natural uardians & next friends, MICHAEL MORLEY and MICHELLE )
*Plaintiff(s)*

v.   Civil Action No. 8:19-cv-02585

HARBOUR WALK HOMEOWNERS' ASSOCIATION, INC., CHARLES "CHUCK" D. PAGLICCO, JOHN DA PUZZO, and SUSAN AGRUSO,
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
JOHN DA PUZZO
580 Fore Drive
Bradenton, Manatee County, Florida 34208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MARCY I. LAHART, P.A.
207 SE Tuscawilla Road
Micanopy, FL 32667
Telephone: (352) 224-5699
Facsimile: (888) 400-1464
marcy@floridaanimallawyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct 22, 2019                    *WhitneyDuppins*
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| MICHAEL MORLEY and MICHELLE MORLEY, individually and as parents, natural guardians & next friends of M.M., a minor; & M.M., a minor, by and through his parents, natural uardians & next friends, MICHAEL MORLEY and MICHELLE MORLEY<br>*Plaintiff(s)*<br>v.<br>HARBOUR WALK HOMEOWNERS' ASSOCIATION, INC., CHARLES "CHUCK" D. PAGLICCO, JOHN DA PUZZO, and SUSAN AGRUSO,<br>*Defendant(s)* | Civil Action No. 8:19-cv-02585 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUSAN AGRUSO
567 Fore Drive
Bradenton, Manatee County, Florida 34208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARCY I. LAHART, P.A.
207 SE Tuscawilla Road
Micanopy, FL 32667
Telephone: (352) 224-5699
Facsimile: (888) 400-1464
marcy@floridaanimallawyer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Oct 22, 2019

*Whitney Duppins*
*Signature of Clerk or Deputy Clerk*